AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JAGDEV SINGH and KULDEEP SINGH <br><br> *Plaintiff(s)* <br> v. <br> MANDEEP KAUR; MANMOHAN SINGH; TALICO CONTRACTING INC; NEELAM CONSTRUCTION CORPORATION; WESTERN SURETY COMPANY <br><br> *Defendant(s)* | Civil Action No. 19 CV 6927 |

## SUPPLEMENTAL SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MANDEEP SINGH and MANMOHAN SINGH 58 MARLOWE ROAD VALLEY STREAM NEW YORK 11580; TALICO CONTRACTING INC. 133-10 ROCKAWAY BLVD SOUTH OZONE PARK NEW YORK 11420; NEELAM CONSTRUCTION CORPORATION 163 A PARIS AVENUE NORTHVALE NEW JERSEY 07647; WESTERN SURETY COMPANY 125 BROAD STREET 7TH FLOOR NEW YORK NEW YRK 10004

A lawsuit has been filed against you.   /amended

Within 21 days after service of this SUPPLEMENTAL summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN SILVER ESQ 8002 KEW GARDENS ROAD KEW GARDENS NEW YORK 11415  718 520 1010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*