## DISCHARGE, SATISFACTION AND RELEASE OF MECHANIC'S LIEN

This is to certify that a Mechanic's Lien in the sum of $9,375.00 was filed by Narinder Singh on or about October 17, 2019 in the Queens County Clerk's Office, State of New York, against the following property:

Owner:     JFK Hotel Owner LLOC

Block:     12093

Lot:       34

Address:   135-30 140th Street, Jamaica, New York 11436

is (i) hereby released and discharged in whole and the undersigned consents that the same be discharged of record, and (ii) all amounts asserted as due on account of services, labor, work, and materials which form the basis of such Mechanic's Lien have been paid, satisfied and settled in full such that the Queens County Clerk's Office is hereby directed to reflect that the lien be discharged of record and that a statement that the lien has been discharged be entered upon the lien docket or other record of liens maintained by the County Clerk.

Dated: March 5, 2020

Narinder Singh

_/s/ Nar_____

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF QUEENS       )

On the 5c day of March, 2020, before me, the undersigned, personally appeared Narinder Singh, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he executed the same in her capacity(ies), and that by his signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_/s/ Herbert Noel Steinberg_____
(signature and office of individual taking acknowledgment)

HERBERT NOEL STEINBERG
Notary Public, State of New York
Registration #02ST4723540
Qualified In Nassau County
Commission Expires August 31, 2014
2022

## GENERAL RELEASE

TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, KNOW THAT:

NARINDER SINGH, as Releasor, in consideration of Nine Thousand Three Hundred Seventy Five Dollars ($9,375.00) and such other good and valuable consideration, received from or on behalf of NEXUS CONTRACTING & RESTORATION, receipt whereof is hereby acknowledged, releases and discharges NEXUS CONTRACTING & RESTORATION, MOHAMMAD MUTJABA, JFK HOTEL OWNER, LLC, SW REALTY ASSOCIATES LLC and their heirs, executors, administrators, members, directors, officers, employees, successors, sureties, agents, and assigns, all as Releasees, from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, liens, mechanic's liens, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, claims on surety bonds, and demands whatsoever, in law, admiralty or equity, which against the Releasees, the Releasor, Releasor's heirs, executors, administrators, successors and assigns hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever on the part of any or all of the Releasees from the beginning of the world to the day of the date of this Release.

This Release includes, but is not limited to, any claims asserted or that could have been asserted by the Releasor in regard to (1) litigation titled Singh v. JFK Hotel Owner, LLC, et al., Queens County Index No. 702908/2020, (2) the work at 135-30 140th Street, Jamaica, New York 11436 and 217 Havemeyer Street, Brooklyn, N.Y., (3) any subcontract, purchase orders, or other contract(s) related thereto, and (4) any and all liability, actions, claims, damages, expenses or costs of whatever nature, including attorneys' fees and costs, related to or arising out of all claims relating to any applicable federal, state, or local wage and hour law. This release includes claims under the New York Labor Law, and claims relating to, or arising under, any other federal, state, or local statute or regulation that concerns hours worked or payment of wages, including prevailing wages and supplemental benefits and unpaid overtime premiums, including the Fair Labor Standards Act. It is specifically repeated that this is a general release of all claims that may exist at the time or date of this Release.

The Words "Releasor" and "Releasees" include all releasors and all releasees under this Release. The Release may not be changed orally.

**IN WITNESS WHEREOF**, the Releasor has hereto set Releasor's hand and seal on the 5th day of March 2020.

IN PRESENCE OF:                      NARINDER SINGH

                                     * _Nar_ (signature)

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF QUEENS         )

On the 5th day of March, 2020, before me, the undersigned, personally appeared NARINDER SINGH, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that she executed the same in her capacity(ies), and that by her signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_(signature)_
(signature and office of individual taking acknowledgment)

HERBERT NOEL STEINBERG
Notary Public, State of New York
Registration #02ST4723540
Qualified in Nassau County
Commission Expires August 31, 2013

## **DISCHARGE, SATISFACTION AND RELEASE OF**
## **MECHANIC'S LIEN**

This is to certify that a Mechanic's Lien in the sum of $9,375.00 was filed by Narinder Singh on or about October 17, 2019 in the Kings County Clerk's Office, State of New York, against the following property:

Owner:      SW REALTY ASSOCIATES LLC

Block:      2460

Lot:        8

Address:    217 Havemeyer Street, Brooklyn, N.Y.

is (i) hereby released and discharged in whole and the undersigned consents that the same be discharged of record, and (ii) all amounts asserted as due on account of services, labor, work, and materials which form the basis of such Mechanic's Lien have been paid, satisfied and settled in full such that the Kings County Clerk's Office is hereby directed to reflect that the lien be discharged of record and that a statement that the lien has been discharged be entered upon the lien docket or other record of liens maintained by the County Clerk.

Dated: March 5, 2020

Narinder Singh

_____Nail_____

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF QUEENS      )

On the 5ᵗʰ day of March, 2020, before me, the undersigned, personally appeared Narinder Singh, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he executed the same in her capacity(ies), and that by his signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____Herbert Noel Steinberg_____
(signature and office of individual taking acknowledgment)

HERBERT NOEL STEINBERG
Notary Public, State of New York
Registration #02ST4723540
Qualified in Nassau County
Commission Expires August 31, 2022