*Jonathan Silver*
*Attorney at Law*

*of Counsel*
*Stephen J. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, NY. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*
*juanplata@aol.com*

March 5, 2020

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: Jagdev and Kuldeep Singh v. Singh et al
      19 CV 6927

Dear Judge Cogan:

  I am writing as the attorney for the plaintiffs in the above entitled action.

  I am writing to request an adjournment of the Initial Conference presently set for March 9, 2019 at 10 AM. This would be the third requested adjournment.

  Defendants MANDEEP KAUR and MANMOHAN SINGH were served with the Supplemental Summons and Amended Complaint on 2/12/20; TALICO CONTRACTING INC. was served on 2/5/20 ; NEELAM CONSTRUCTION CORPORATION served on 2/5/20 and WESTERN SURETY COMPANY.

  Even though all defendants were served, there has been no appearance by counsel nor have I heard from any of the defendants.

  As a result, it is requested that the initial conference be adjourned a sufficient time for the defendants to appear so they can participate in the conference.

          Respectfully submitted,

          JONATHAN SILVER

JS/eb