*Jonathan Silver*
*Attorney at Law*

---

of Counsel
Stephen J. Fein
Jennifer Beinert
Paul C. Kerson

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, NY. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*
*juanplata@aol.com*

March 19, 2020

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re: Jagdev and Kuldeep Singh v. Singh et al
             19 CV 6927

Dear Judge Cogan:

    I am writing as the attorney for the plaintiffs in the above entitled action. I am writing to request an fourth adjournment of the Initial Conference presently set for March 24, 2020 at 5:45 P.M.

    Plaintiff has served the Supplemental Summons and Amended Complaint on all defendants. No one has, as of yet, appeared for any defendant.

    Plaintiff mistakenly communicated with the Court that defendant Western Surety had been served. An affidavit of service had been filed indicating that to be so but the affidavit actually only confirmed an attempt to serve but no actual service. Plaintiff has since then served Western and the affidavit has been filed today. See Docket #20.

    Plaintiff has also made application today for a certificate of default as previously directed.

    As a result, it is requested that the initial conference be adjourned a third time to allow the defendant Western to timely answer and to appear.

                               Respectfully submitted,

                               JONATHAN SILVER

JS/eb