UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JAGDEV SINGH,                                   Index No.: 19-cv-6927-BMC
KULDEEP SINGH
                                                **STIPULATION
                                                VACATING DEFAULT
                                                AND EXTENDING TIME**

                        Plaintiff,

    -against-

MANDEEP KAUR; MANMOHAN SINGH; TALICO
CONTRACTING INC.; NEELAM CONSTRUCTION
CORPORATION; WESTERN SURETY COMPANY

                        Defendant.

------------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED** by and between the counsel for the Plaintiffs and counsel for Defendnats Neelam Construction Corporation ("Neelam") and Western Surety Company ("Western Surety") that Neelam's and Western Surety's time to respond with respect to the Amended Complaint is hereby extended to April 30, 2020. Neelam and Western Surety waive their defenses related to service of process; and

**IT IS FURTHER STIPULATED AND AGREED**, that the Entry of Default against Neelam Construction Corporation is hereby vacated on consent; and

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed

in counterparts and that electronic or facsimile signatures have the same force and effect as original signatures.

Dated: Florham Park, New Jersey
       March 30, 2020

                                                  DREIFUSS BONACCI & PARKER, PC

By: /s/ Jonathan Silver                    By: /s/ Eugene Zaydfudim
    Jonathan Silver, Esq.                    Eugene Zaydfudim, Esq.
    Attorney for Plaintiffs                   Attorneys for Defendants Neelam Construction
    80-02 Kew Gardens Road, Suite 316     Corp. & Western Surety Co.
    Kew Gardens, New York 11415         26 Columbia Turnpike, North Entrance, St. 101
    (718) 520-1010                             Florham Park, NJ 07932
                                                (973) 514-1414

_____
SO ORDERED