*Jonathan Silver*
Attorney at Law

—

of Counsel
Stephen J. Fein
Jennifer Beinert
Paul C. Kerson

Crossroad Tower
80-02 Kew Gardens Road, Suite #316, Kew Gardens, NY. 11415
(718) 520-1010
Fax No. (718) 575-9842
juanplata@aol.com

June 11, 2020

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: Jagdev and Kuldeep Singh v. Singh et al
           19 CV 6927

Dear Judge Cogan:

    I am writing as the attorney for the plaintiffs in the above entitled action.

    The plaintiffs have filed their amended complaint and they have then vbeen deposed by the attorney for defendants Neelam and Western Surety as directed by the Court.

    It is requested that the Court reschedule the Initial Conference to get further direction from the Court.

                                  Respectfully submitted,

                                  JONATHAN SILVER

JS/eb