**Jonathan Silver**
Attorney at Law

of Counsel
Stephen T. Fein
Jennifer Beinart
Paul C. Karson

Crossroad Tower
80-02 Kew Gardens Road, Suite #316, Kew Gardens, NY. 11415
(718) 520-1010
Fax No. (718) 575-9842

October 9, 2020

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Jagdev and Kuldeep Singh v. Singh et al
19 CV 6927

Dear Judge Cogan:

I am writing as the attorney for the plaintiffs in the above entitled action and with the consent of opposing counsel.

The parties are working to supplement their discovery responses and address any issues with same without seeking court intervention. The parties will then conduct depositions. We believe that extending discovery by about one month should be sufficient time to take all depositions.

We respectfully request that the time for the parties to complete discovery be extended to November 13, 2020 and that the time for the parties to file Premotion Conference Letters be extended until November 20, 2020.

This is the first Motion for an extension of time to complete discovery.

Respectfully submitted,

JONATHAN SILVER

JS/eb