UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAGDEV SINGH;
KULDEEP SINGH,

                                            EDNY 19 CV 6927

                    Plaintiff

                                  **AFFIDAVIT OF SERVICE**

        -against-
MANDEEP KAUR;
MANMOHAN SINGH;
TALICO CONTRACTING INC.;
NEELAM CONSTRUCTION CORPORATION;
WESTERN SURETY COMPANY,
-----------------------------------------------------------------X
STATE OF NEW YORK)
            ) ss:
COUNTY OF QUEENS )

        EILEEN S. K. BENES, being duly sworn, deposes and says:

        1. I am not a party to this action and am over eighteen (18) years of age and reside at Kew Gardens, New York.

        2. On November 17, 2020, at approximately 2:30 PM at the law office of Jonathan Silver Esq. located at 8002 Kew Gardens Road Kew Gardens New York 11415 I personally served a copy of Court Order (DOCKET ENTRY 43) and an unredacted copy of the Affirmation of Jonathan Silver, Esq. dated November 16, 2020 upon each of the Plaintiffs JAGDEV SINGH and KULDEEP SINGH

                                *Eileen S K Benes*
                              EILEEN S. K. BENES

Sworn to before me this
17th day of November, 2020

_____
NOTARY PUBLIC

STEPHEN J. FEIN
Notary Public, State of New York
No. 02FE4667583
Qualified in Queens County
Commission Expires 11/30/2022