*Jonathan Silver*
*Attorney at Law*

—

of Counsel
*Stephen T. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*
*juanplata@aol.com*

November 20, 2020

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: Jagdev and Kuldeep Singh v. Singh et al
           19 CV 6927

Dear Judge Cogan:

    I am writing as the attorney for the plaintiffs in the above entitled action with the consent of opposing counsel.

    This office met with the plaintiffs today and discussed whether they would consent to a voluntary discontinuance of the case. The clients asked to have until Monday to advise counsel of their decision.

    In the event there will be no discontinuance then this office will be a making motion to renew its application to be relieved.

    It is requested that the Court leave the case in status quo until Tuesday at which time the Court will be an update on the status of the case.

                Respectfully submitted,

                JONATHAN SILVER

JS/eb