*Jonathan Silver*
*Attorney at Law*

—

*of Counsel*
*Stephen J. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, NY. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*
*juanplata@aol.com*

November 24, 2020

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: Jagdev and Kuldeep Singh v. Singh et al
           19 CV 6927

Dear Judge Cogan:

    I am writing as the attorney for the plaintiffs in the above entitled action with the consent of opposing counsel.

    This office met with the plaintiffs on Friday and discussed with them whether they would consent to a voluntary discontinuance of the case. The clients asked to have until Monday to advise counsel of their decision.

    I called the clients on Monday to inquire whether they had made a decision and received no response. I did the same thing with the same result today.

    I respectfully request leave until Monday to move to renew my application to be relieved as the attorney of record for the plaintiffs and/or to report if I have spoken with the clients about a discontinuance.

                              Respectfully submitted,

                              JONATHAN SILVER

JS/eb