UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAGDEV SINGH; KULDEEP SINGH

                Plaintiffs,

-against-

MANDEEP KAUR; MANMOHAN SINGH; TALICO CONTRACTING, INC.; NEELAM CONSTRUCTION CORPORATION; WESTERN SURETY COMPANY,

                Defendants.

Civil Action No..: 19-cv-6927-BMC

**CONSENT ORDER DISMISSING ACTION**

**WHEREAS,** Plaintiffs, Jagdev Singh and Kuldeep Singh, through counsel, Jonathan Silver, Esq., commenced the instant action, and

**WHEREAS,** Neelam Construction Corporation ("Neelam") and Western Surety Company ("Western Surety") (collectively "Answering Defendants") through their counsel Dreifuss Bonacci & Parker, P.C., filed an Answer to Plaintiff's Complaint and interposed a Crossclaim as against Mandeep Kaur, Manmohan Singh, and Talico Contracting Inc., and

**WHEREAS,** Mandeep Kaur, Manmohan Singh and Talico Contracting, Inc. (collectively "Defaulting Defendants") failed to Answer or otherwise appear in this action, and

**WHEREAS,** no appearing party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, and

**WHEREAS,** Plaintiffs wish to discontinue the above-captioned action,

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the Plaintiffs and counsel for Answering Defendants that the above-captioned action be and same is hereby <u>**dismissed by the Plaintiffs with prejudice against the Answering Defendants**</u>, without costs as to any party as against the other, and

**IT IS FURTHER STIPULATED AND AGREED**, by and between counsel for the Plaintiffs and counsel for Answering Defendants that the above-captioned action be and same is hereby dismissed by the Plaintiffs without prejudice against the Defaulting Defendants, and

**IT IS FURTHER STIPULATED AND AGREED**, that the Crossclaim filed by Answering Defendants as against Mandeep Kaur, Manmohan Singh and Talico Contracting, Inc. is hereby dismissed without prejudice with the right by Answering Defendants to refile in New York State Court; and

**IT IS FURTHER STIPULATED AND AGREED**, that this Consent Order may be executed in counterparts and that electronic facsimile signatures have the same force and effect as original signatures.

Date: December 10, 2020

**DREIFUSS BONACCI & PARKER, PC**

By: _____  
EUGENE ZAYDFUDIM, ESQ.  
*Attorney for Defendants Neelam Construction Corp. & Western Surety Co.*  
Five Penn Plaza, 23rd Floor  
New York, New York 10001  
-and-  
26 Columbia Turnpike  
North Entrance, Suite 101  
Florham Park, New Jersey 07932  
Tele: (973) 514-1414  
*Please respond to NJ address*

By: _____  
JONATHAN SILVER, ESQ.  
*Attorney for Plaintiffs*  
80-02 Kew Garden Road, Suite 316  
Kew Gardens, New York 11415  
Tele: (718) 520-1010

12/21/20  
SO ORDERED:  
Digitally signed by Brian M. Cogan  
HON. BRIAN M. COGAN, U.S.D.J.

2